# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEMMONS ENTERPRISE, L.L.C., § | | |
| f/k/a BOXER ENTERPRISE, L.L.C., § | | |
| § | | |
| Plaintiff, § | C.A. No. _____ | |
| v. § | | |
| § | | |
| FISKER, INC., § | | |
| § | | |
| Defendant. § | | |

**INDEX OF MATTERS FILED UPON REMOVAL**

The following documents appear in the file of the case styled *Stemmons Enterprise, L.L.C., f/k/a Boxer Enterprise, L.L.C. v. Fisker, Inc.*, Cause No. 2022-22547, in the 11th Judicial District of Harris County, Texas (the "State Case"). Additional documents filed in support of the Notice of Removal are also indexed below.

| Document | Exhibit Designation |
|---|---|
| Request For Issuance of Service (Original Petition) | Exhibit B |
| Plaintiff's Original Petition | Exhibit C |
| Request For Issuance of Service (First Amended Petition) | Exhibit D |
| Plaintiff's First Amended Original Petition | Exhibit E |
| State Case Docket Sheet | Exhibit F |
| List of Counsel of Record | Exhibit G |

4154-1541-1256.2

**EXHIBIT A**