# EXHIBIT F

## APPEALS

No Appeals found.

## COST STATMENTS

No Cost Statments found.

## TRANSFERS

No Transfers found.

## POST TRIAL WRITS

No Post Trial Writs found.

## ABSTRACTS

No Abstracts found.

## SETTINGS

No Settings found.

## NOTICES

No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/12/2022 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Debt/Contract - Debt/Contract |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 4/13/2022 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 011th |
| **Address** | 201 CAROLINE (Floor: 9)<br>HOUSTON, TX 77002<br>Phone:7133686020 |
| **JudgeName** | KRISTEN BRAUCHLE HAWKINS |
| **Court Type** | Civil |

**EXHIBIT F**

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| STEMMONS ENTERPRISE L L C (FKA BOXER ENTERPRISE L L C) | PLAINTIFF - CIVIL | | SMITH, PAUL W. |
| FISKER INC | DEFENDANT - CIVIL | | |
| BOXER ENTERPRISE L L C | PLAINTIFF - CIVIL | | SMITH, PAUL W. |
| FISKER INC (A DELAWARE CORPORATION) MAY BE SERVED BY SERVING ITS | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 5/5/2022 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | SMITH, PAUL W. | BOXER ENTERPRISE L L C |
| 5/5/2022 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | SMITH, PAUL W. | STEMMONS ENTERPRISE L L C (FKA BOXER ENTERPRISE L L C) |
| 4/12/2022 | JURY DEMAND MADE (TRCP 216) | | | 0 | | | |
| 4/12/2022 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 4/12/2022 | ORIGINAL PETITION | | | 0 | | SMITH, PAUL W. | STEMMONS ENTERPRISE L L C (FKA BOXER ENTERPRISE L L C) |
| 4/12/2022 | ORIGINAL PETITION | | | 0 | | SMITH, PAUL W. | BOXER ENTERPRISE L L C |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (NON- | SERVICE ISSUED/IN POSSESSION | ORIGINAL PETITION | FISKER INC (A DELAWARE CORPORATION) | 4/12/2022 | 4/18/2022 | | | | 73994811 | E-MAIL |

EXHIBIT F

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RESIDENT CORPORATE) | OF SERVING AGENCY | | MAY BE SERVED BY SERVING ITS | | | | | |
| | 160 GREENTREE DR SUITE 101 DOVER DE 19904 | | | | | | | |
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | FISKER INC (A DELAWARE CORPORATION) MAY BE SERVED BY SERVING ITS | 5/5/2022 | 5/6/2022 | | 74003033 | E-MAIL |
| | 1209 ORANGE ST WILMINGTON DE 19904 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 101785478 | Plaintiff's first amended original petition | | 05/05/2022 | 16 |
| | Plaintiff's first amended original petition | | 05/05/2022 | |
| ·> 101785480 | 2022 04 12 Stemmons's Original Petition - Ex A | | 05/05/2022 | 26 |
| | 2022 04 12 Stemmons's Original Petition - Ex A | | 05/05/2022 | |
| ·> 101785481 | 2022 04 12 Stemmons's Original Petition - Ex B | | 05/05/2022 | 7 |
| | 2022 04 12 Stemmons's Original Petition - Ex B | | 05/05/2022 | |
| ·> 101785483 | Citation Request (1st Am Petition) | | 05/05/2022 | 1 |
| | Citation Request (1st Am Petition) | | 05/05/2022 | |
| 101785478 | Plaintiff's first amended original petition | | 05/05/2022 | 16 |
| ·> 101785480 | 2022 04 12 Stemmons's Original Petition - Ex A | | 05/05/2022 | 26 |
| ·> 101785481 | 2022 04 12 Stemmons's Original Petition - Ex B | | 05/05/2022 | 7 |
| ·> 101785483 | Citation Request (1st Am Petition) | | 05/05/2022 | 1 |
| 101412722 | Plaintiff's Original Petition | | 04/12/2022 | 16 |
| ·> 101412723 | Exhibit A | | 04/12/2022 | 26 |
| ·> 101412724 | Exhibit B | | 04/12/2022 | 7 |
| 101412725 | Request for Issuance of Service | | 04/12/2022 | 1 |

EXHIBIT F