United States District Court
Southern District of Texas
**ENTERED**
May 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEMMONS ENTERPRISE, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01487 |
| | § | |
| FISKER, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 27, 2023. Doc. #25. No objections have been filed, and the deadline has passed. The Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, the Court GRANTS Defendant Fisker, Inc.'s Motion to Dismiss (Doc. #22) and DENIES Plaintiff Stemmons Enterprise, L.L.C.'s request for specific performance (Doc. #17 ¶¶ 38–39). This case is hereby DISMISSED with prejudice.

It is so ORDERED.

MAY 0 3 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge